**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alejandro Pano CANO, aka Cano Pano, Defendant–Appellant.**

No. 03–10240.

D.C. No. CR–02–05050–AWI.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 17, 2004.*

Decided Feb. 23, 2004.

Laurel J. Montoya, Office of the U.S. Attorney, Fresno, CA, for Plaintiff-Appellee.

Patience Milrod, Kevin G. Little, Attorney at Law, Fresno, CA, for Defendant-Appellant.

Before FERNANDEZ, W. FLETCHER and TALLMAN, Circuit Judges.

### MEMORANDUM**

Alejandro Pano Cano appeals his guilty-plea conviction and 168–month sentence for conspiracy to manufacture and distribute methamphetamine and for manufacturing methamphetamine, in violation of 21 U.S.C. § 846, 841(a)(1) & (b)(1)(A) and 18 U.S.C. § 2.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Cano has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Cano has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.